UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE)                                          MDL NO. 2924
PRODUCTS LIABILITY                                                  20-MD-2924
LITIGATION

                                                                 JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:                              JURY TRIAL DEMAND

**Gary S. Taulbee**
**Plaintiff**

## SHORT FORM COMPLAINT

The Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below.  Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re:  Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla).  Plaintiff files this Short Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case.  Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

                            **I.**        **PARTIES, JURISDICTION AND VENUE**

**A.**        **PLAINTIFF**

        1.        Plaintiff, Gary S. Taulbee ("Plaintiff") brings this action (check the application designation):

                X        On behalf of himself;

__	In representative capacity as the _____, on behalf of the injured party, _____.

2. Injured Party is currently a resident and citizen of Lexington, Kentucky and claims damages as set forth below.

-OR-

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. _____N/A_____ ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) __N/A__.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _____N/A_____.

**B. DEFENDANT(S)**

6. Plaintiff names the following Defendants from the Master Personal Injury Complaint in this action:

    a. **Brand Manufacturers:**
       1. **Boehringer Ingelheim, 2. GlaxoSmithKline, 3. Pfizer, 4. Sanofi**

    b. **Generic Manufacturers:**

    c. **Distributors:**

    d. **Retailers:**

    e. **Repackagers:**

    f. **Others Not Named in the MPIC:**

**C. JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 (direct filing) or, if applicable, the District Court to which their original action was removed]:

      Eastern District of Kentucky, Central Division at Lexington

8.     Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9.     The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

      _____    By prescription

      \_\_X\_\_    Over the counter

10.    The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) __2012__ to __2019__.

## III.    PHYSICAL INJURY

11.    As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BRAIN CANCER |  |
|  | BREAST CANCER |  |
| X | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
|  | INTESTINAL CANCER |  |
|  | KIDNEY CANCER |  |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
|  | OVARIAN CANCER |  |
|  | PANCREATIC CANCER |  |
|  | PROSTATE CANCER |  |
|  | STOMACH CANCER |  |
|  | TESTICULAR CANCER |  |
|  | THYROID CANCER |  |
|  | UTERINE CANCER |  |
|  | OTHER CANCER: _____ |  |
|  | DEATH (CAUSED BY CANCER) |  |

12.    Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

3

### IV.  CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specific defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY–FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY-DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY–MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE–FALIURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| X | VI | NEGLIGENT MANUFACTURING |
| X | VII | GENERAL NEGLIGENCE |
| X | VIII | NEGLIGENT MISREPRESENTATION |
| X | IX | BREACH OF EXPRESS WARRANTIES |
| X | X | BREACH OF IMPLIED WARRANTIES |
|  | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |
| X | XII | UNJUST ENRICHMENT |
| X | XIII | LOSS OF CONSORTIUM |
| X | XIV | SURVIVAL ACTION |
| X | XV | WRONGFUL DEATH |
| X | XVI | OTHER: |
| X | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

### V.  JURY DEMAND

14. Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI.     PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,

HERREN LAW, PLLC
148 N. Broadway
Lexington, KY  40507
(859) 254-0024
e-mail:  tom.herren@herrenadams.com

*/s/ Thomas K. Herren*
THOMAS K. HERREN (Bar ID #31500)
ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\tau897.com(short form).docx